UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN LYNN REYNOSO,<br><br>  Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:23-cv-00141-CDB (SS)<br><br>ORDER ON STIPULATION GRANTING VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT<br><br>(Docs. 15, 18) |

Before the Court is the parties' Stipulation to Voluntary Remand Pursuant to sentence four of 42 U.S.C. § 405(g) and to Entry of Judgment, filed September 22, 2023.  (Doc. 18).  Upon consideration of the parties' stipulation, pleadings and for good cause shown, IT IS HEREBY ORDERED:

1. The above-captioned matter is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

2. Upon remand, the Appeals Council shall remand the case to an Administrative Law Judge for a new decision in accordance with the parties' stipulation (Doc. 18); and

/ / /

/ / /

3. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner, and terminate all pending dates.

Plaintiff's pending motion for summary judgment (Doc. 15) is deemed MOOT.

IT IS SO ORDERED.

Dated:   **September 25, 2023**                    _____
                                                  UNITED STATES MAGISTRATE JUDGE